FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 NOV 13 PM 4: 22

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANTHONY STUDIEMYER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 314-081 |
| DARRELL WRIGHT, Correctional Officer, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Wheeler Correctional Facility and CCA Corporation from this case. The Court also **DISMISSES** all claims related to Plaintiff's request that criminal charges for assault be brought against Defendant Wright.

SO ORDERED this 13th day of November, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE