ORIGINAL

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

FILED U.S. DISTRICT COURT

2015 NOV 24 P 1:01

CLERK 2Burton

| | |
|---|---|
| ANTHONY STUDIEMYER, | *|
| Plaintiff, | * |
| v. | * CV 314-081 |
| DARRELL WRIGHT, | * |
| Defendant. | * |

## O R D E R

On November 23, 2015, Plaintiff's counsel, Joseph I. Marchant, filed an unopposed motion to withdraw as counsel. (Doc. no. 30.) As part of that motion, Mr. Marchant indicated that, since his appointment on September 16, 2015, he has been unable to communicate with Plaintiff. Mr. Marchant also relayed that his diligent search efforts have included communications with the Georgia Board of Pardons and Parole and the Gwinnett County State Probation Office.

According to Local Rule 83.7, an attorney must give his client notice of his intent to withdraw fourteen days prior to the actual request. However, given the circumstances of this case, the Court waives this requirement and **GRANTS** the motion to withdraw (doc. no. 30). Additionally, pursuant to Local Rule 41.1(c), the Court **DISMISSES** this case **WITHOUT PREJUDICE** for Plaintiff's failure to prosecute. Accordingly, the Clerk is directed to **TERMINATE** Joseph I. Marchant as counsel of

record for Plaintiff, **TERMINATE** all motions and deadlines, and **CLOSE** this case. The Clerk is also directed to mail a copy of this Order to Plaintiff at the following address: 3997 Withrow Drive, Doraville, Georgia 30340.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

2